# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T. SAMPSON,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　　　Defendant. | CASE NO. 07 CV 0323 JM (LSP)<br><br>**ORDER REMANDING CASE** |

　　　Upon application by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Mary N. Mitchell,

　　　**IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g).

　　　IT IS SO ORDERED.

DATED:  November 26, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties